# United States District Court
## Western District of Wisconsin
## Robert W. Kastenmeier Courthouse
## 120 N. Henry Street, Rm. 540
## Madison, Wisconsin 53703

Chambers of
Barbara B. Crabb
District Judge

Telephone
608-264-5447

April 24, 2018

James Sexton
08836-090
Allenwood - USP
P.O. Box 3000
White Deer, PA 17887

Re: U.S. v. Sexton; 14-cr-86-bbc; 16-cv-762-bbc

Dear Mr. Sexton:

This will acknowledge your letter received by the court on April 24, 2018, in which you request copies of all transcripts and documents in Case No. 16-cv-762-bbc.

I enclose a copy of the docket sheet in the case. If you wish, you may use it to identify any documents you want. A member of the court's staff will then count the pages in the documents you indicate you want and write to you to request a check or money order. Copies of the desired documents will be made and sent to you. It is the policy of this court to require indigent persons to pay 10 cents per page for photocopies.

As you can see, there are no transcripts in 16-cv-762-bbc because there were no hearings on your motion under 28 U.S.C. § 2255.

Very truly yours,

/s/
Barbara B. Crabb
District Judge

BBC:skv
Enclosure